PATRICK H. HICKS, ESQ., Bar # 4632
ROGER GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:  702.862.8800
Fax No.:    702.862.8811

Attorneys for DIAMOND RESORTS MANAGEMENT INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARC B. GARMENDIA,<br><br>        Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS MANAGEMENT, INC.,<br><br>        Defendant. | Case No. 2:09-CV-01794-RLH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    Defendant, Diamond Resorts Management, Inc. and Plaintiff, Marc B. Garmendia, by and through their respective counsel of record, do hereby stipulate and respectfully request an order dismissing this action with prejudice as to all parties named herein. The parties have reached an out-of-court resolution of this matter.

    Each party named herein shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order. Further, this Court shall retain jurisdiction over any

. . .

. . .

. . .

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  disputes arising out of the out-of-court resolution of this matter.

2

3  Dated: August 20, 2010.                         Dated: August 23, 2010

4

5  _____             _____
   MARY F. CHAPMAN                              PATRICK H. HICKS, ESQ.
6  LAW OFFICE OF MARY F. CHAPMAN LTD.           ROGER L. GRANDGENETT II, ESQ.
                                                LITTLER MENDELSON
7  Attorneys for Plaintiff
                                                Attorneys for Defendant
8
                                **IT IS SO ORDERED:**
9

10

11 Dated:  August 24, 2010

12

13                                          _____
                                            Roger L. Hunt
14                                          UNITED STATES DISTRICT JUDGE

15

16 Firmwide:95839544.1 045672.1029

17

(lines 18–28 blank)

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800